court, on the cross-examination of the witness Dalazon, of the questions to which objection was made and exception taken, was prejudicial error.

CARTER, Respondent, v. VILLAGE OF BROCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Ida M. Carter, an infant, etc., against the Village of Brockport.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

CARY, Appellant, v. GIVEN, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Fannie Cary against Robert Given, Jr.

PER CURIAM. Order reversed, with $10 costs and disbursements, on the ground of laches in applying for the amendment, and motion denied, with $10 costs.

CARR, J., dissents.

CHADBURN v. PINE CREST CO. et al. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Appeal from Special Term, Westchester County. Action by Hattie T. Chadburn against the Pine Crest Company and another. From an order granting an injunction pendente lite, defendants appeal. Affirmed. George Boochever, for appellants. F. X. Donoghue, for respondent.

RICH, J. This appeal is from an order granting an injunction pendente lite. The action is brought to restrain and enjoin the defendants from conveying, using, or permitting to be used designated parcels of land under water for any purpose other than boat and clubhouse sites. We think that the record presents a case in which the rights of the parties cannot be determined, except upon a trial of the issues involved. The defendants cannot be prejudiced to any appreciable extent by the order, which preserves the rights of all parties until a full hearing can be had. Order affirmed, with $10 costs and disbursements. All concur.

CITIZENS' NAT. BANK OF SARATOGA SPRINGS, Respondent, v. GILBERT, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Citizens' National Bank of Saratoga Springs against Mary E. Gilbert. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK, Respondent, v. ROBISCHON & PECKHAM CO., Appellan (Supreme Court, Appellate Division, First De partment. March 18, 1910.) Action by the Cit of New York against the Robischon & Peckhai Company. C. E. Kelley, for appellant. C. A Peters, for respondent. No opinion. Order af firmed, with $10 costs and disbursement Order filed.

CITY OF OGDENSBURG, Respondent, BASTION, Appellant. (Supreme Court, A pellate Division, Third Department. May 1910.) Action by the City of Ogdensbur against Charles S. Bastion. No opinion. Jud ment unanimously affirmed, with costs.

CITY OF TROY, Appellant, v. UNITE TRACTION CO., Respondent. (Supreme Cour Appellate Division, Third Department. Marc 25, 1910.) Action by the City of Troy agains the United Traction Company. No opinio Judgment unanimously affirmed, with cost See, also, 134 App. Div. 756, 119 N. Y. Sup 474.

CLARK, Respondent, v. CLARK, Appellan (Supreme Court, Appellate Division, Secon Department. March 31, 1910.) Action b Laura A. Clark against Niven H. Clark. N opinion. Order of the County Court of Orang County, refusing to vacate an order for the e amination of defendant before trial, affirme with $10 costs and disbursements.

CLARKE, Respondent, v. NEW YORK CO TRACTING CO., Appellant. (Supreme Cour Appellate Division, First Department. Marc 11, 1910.) Action by Fanny Clarke, as admii istratrix, etc., against the New York Contrac ing Company. J. C. Toole, for appellant. M. Ward, for respondent. No opinion. Orde affirmed, with $10 costs and disbursement Order filed.

In re CLEMENT, State Excise Com'r. (S preme Court, Appellate Division, Second D partment. March 31, 1910.) In the matter the petition of Maynard N. Clement, as Sta Commissioner of Excise, for an order revokin and canceling liquor tax certificate No. 10,44 issued to John Rozenas.

PER CURIAM. Order, in so far as appeale from, affirmed, with $10 costs and disburs ments.

BURR and THOMAS, JJ., dissent.

CLINCHY, Appellant, v. BROWN et a Respondents. (Supreme Court, Appellate D vision, Second Department. March 31, 1910 Action by Anthony Clinchy against Daniel Brown and J. William Greenwood, as exect tors, etc. No opinion. Judgment affirme with costs. See, also, infra.

CLINCHY, Appellant, v. BROWN et a Respondents. (Supreme Court, Appellate D

ision, Second Department. April 22, 1910.) Action by Anthony Clinchy against Daniel D. Brown and another. No opinion. Motion denied, with $10 costs. See, also, 122 N. Y. Supp. 1124.

COAKLEY v. RICKARD. In re BRENEN. HERMANSKY v. GUTERMAN (two cases). Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Cornelius C. Coakley against George L. Rickard. See, also, 121 N. Y. Supp. 280. In the matter of Edward Brenen, an incompetent person. See, also, 121 N. Y. Supp. 199. Actions by Abraham Germansky against Louis Guterman. See, also, 121 N. Y. Supp. 121. No opinions. Motions denied, with $10 costs. Orders filed.

CŒUR D'ALENE NORTH FORK MINING & SMELTING CO. v. PAUL et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by the Cœur D'Alene North Fork Mining & Smelting Company against Frank Paul and others. O. B. Bergstrom, in pro. per. V. Taylor, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COGAN. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of Joseph M. Cogan, an attorney. No opinion. Application granted, and respondent disbarred.

COHAN et al. v. WALTER et al. (two cases). Supreme Court, Appellate Division, First Department. March 31, 1910.) Actions by George M. Cohan and others against Eugene Walter and others. No opinions. Motions denied, without costs. Order filed. See, also, 129 App. Div. 911, 114 N. Y. Supp. 1122.

COHAN et al., Appellants, v. WALTER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by George M. Cohan and another against Eugene Walter and another. W. B. Hale, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

COHEN et al., Respondents, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Benjamin Cohen and another against Isaac Cohen and others. No opinion. Appeal withdrawn in open court.

COLE, Respondent, v. TOZER, Appellant. Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Mabel Cole against John Tozer. No opinion. Motion denied. See, also, 120 N. Y. Supp. 1119.

COLLINS, Respondent, v. FLANNERY, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by R. Frederick Collins against Joseph M. Flannery. N. Johnson, for appellant. J. S. Mc-

Donogh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONKLIN, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Oscar R. Conklin against the New York, Ontario & Western Railway Company. No opinion. Motion denied. See, also, 120 N. Y. Supp. 1119.

CONLON v. KELLY et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Eva K. Conlon against Mary A. Kelly and others. F. J. Swift, for appellant. W. M. Smith and W. J. Fanning, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 App. Div. 624, 110 N. Y. Supp. 1070; 120 N. Y. Supp. 1140; 121 N. Y. Supp. 1084.

CONTI, Respondent, v. RAO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas O. Conti against Antonio Rao and another. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the judgment is against the weight of evidence.

COOGAN, Respondent, v. COLEMAN STABLE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Leo Coogan, an infant, against the Coleman Stable Company. I. N. Jacobson, for appellant. J. Rosenzweig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COTHREN. (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Frank H. Cothren, an attorney. No opinion. Reference ordered. Settle order on notice.

COVIT v. TUCKER ELECTRICAL CONST. CO. GUTMAN v. HENRY B. HARRIS CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by John A. Covit against the Tucker Electrical Construction Company and by Arthur Gutman against the Henry B. Harris Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 65 Misc. Rep. 567, 120 N. Y. Supp. 870.

CREUGER, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Herman Creuger against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. A. L. Marilly, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN, J., dissents.